**Stanley Ted SKISANO, Appellant, v. UNITED STATES of America, Appellee.**

No. 9973.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1945.

Victor F. Schmidt, of Rossmoyne, Ohio, for appellant.

Don C. Miller, of Cleveland, Ohio, for appellee.

Before SIMONS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause having been duly heard and considered upon the transcript of record, defendant's bill of exceptions, and the briefs and oral arguments of counsel on appeal from a judgment of conviction and sentence on the verdict of the jury, finding the appellant Stanley Ted Skisano guilty of a felonious failure to report for induction for training and service in the land or naval forces of the United States contrary to the provisions of the Selective Training and Service Act of 1940, 50 U.S.C.A.Appendix § 301 et seq., and as amended, and the Rules and Regulations thereto; and no error appearing in the trial and proceedings in the district court, the judgment of conviction and sentence is affirmed.

**In the Matter of ST. CHARLES HOTEL Co., Debtor, Edward S. Ladin, appellant.**

No. 8937.

Circuit Court of Appeals, Third Circuit.

Argued June 9, 1945.

Decided June 13, 1945.

David M. Palley, of New York City (Annetta Brof-Quinn, of Jersey City, N. J., on the brief), for appellant.

George Zolotar, of New York City (Roger S. Foster, Sol., of Philadelphia, Pa., and Richard V. Bandler, of New York City, on the brief), for Securities and Exchange Commission.

Charles Gottlieb, of New York City (Thomas H. Munyan, of Atlantic City, N. J., on the brief), for appellees.

I. Emanuel Sauder, of Philadelphia, Pa., for amici curiae.

Before MARTIN and McLAUGHLIN, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

The orders of the District Court, the first of which was entered on March 26, 1945 and the remaining two on April 30, 1945, are affirmed for the reasons set forth in the excellent opinion of Judge Forman, 60 F.Supp. 322.